[No. 17711-7-I.   Division One.   June 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
EMERY FRANK HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00609-1, Paul D. Hansen, J., entered December 20, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Swanson, J. Now published at 48 Wn. App. 279.

[No. 9328-6-II.   Division Two.   June 9, 1987.]

HUGO J. KRINGEL, ET AL, *Respondents,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82-2-01208-1, Richard A. Strophy, J., entered October 28, 1985. *Vacated* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 9633-1-II.   Division Two.   June 9, 1987.]

*In the Matter of* WILBUR A. BURTON, JR.

Appeal from a judgment of the Superior Court for Kitsap County, No. JC-4878, Karen B. Conoley, J., entered February 10, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[Nos. 8773-1-II; 8810-0-II.   Division Two.   June 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LOREN
WAYNE BERSCHEID, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Clark County, No. 84-1-00783-4, Robert L. Harris, J., entered May 3, 1985. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Buckner and Johnson, JJ. Pro Tem.